IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHNNY KARL HAMRIC, also known as Johnny Karl Hamrik, BOP Reg. #10897-003, | ) ) ) ) |
| Petitioner, | ) CIVIL ACTION NO. 20-480-CG-N ) |
| vs. | ) CRIMINAL NO. 09-00250-CG-N ) |
| WARDEN, FCI MENDOTA, | ) ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 41[1]) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Criminal Procedure 59(b), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated May 6, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Johnny Karl Hamric's "Motion to Replace Respondent" (Doc. 36) is **MOOT**, and that Hamric's "Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" (Doc. 33), treated as a petition for a writ of habeas corpus under 28 U.S.C. § 2241, is **DISMISSED without prejudice** for lack of jurisdiction. Further, the Court also certifies that any appeal by Hamric of the dismissal of the

---

[1] All "Doc." citations herein refer to the docket of the above-numbered criminal action.

present habeas petition would be without merit and therefore not taken in good faith. Thus, Hamric is not entitled to proceed *in forma pauperis* on appeal of this judgment.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58. The Clerk of Court is **DIRECTED** to close the above-numbered civil action following entry of the separate judgment.

**DONE and ORDERED** this 7th day of June, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE