# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOHNNY KARL HAMRIC**, also known as Johnny Karl Hamrik, BOP Reg. #10897-003, | )<br>)<br>)<br>) |
| Petitioner, | ) CIVIL ACTION NO. 20-480-CG-N<br>) |
| vs. | ) CRIMINAL NO. 09-00250-CG-N<br>) |
| **WARDEN, FCI MENDOTA**, | )<br>) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered on this date adopting the recommendation of the Magistrate Judge, it is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner Johnny Karl Hamric, such that Hamric's petition under 28 U.S.C. § 2241 is **DISMISSED without prejudice**.

**DONE and ORDERED** this 7th day of June, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE